# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 26, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

137108 & (3)

GRIEVANCE ADMINISTRATOR,
      Petitioner-Appellee,

v

JAMAL JOHN HAMOOD,
      Respondent-Appellant.

SC: 137108
ADB: 05-000026-GA

_____/

     On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 26, 2008

_____
Clerk

d0822